UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| KIRSHA BROWN,<br><br>            Plaintiff,<br><br>vs.<br><br>OFFICER PARKER,<br><br>            Defendant. | 2:10-CV-00960-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Plaintiff Kirsha Brown's Complaint (Doc. #1), filed on June 18, 2010. On July 13, 2010, the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #3) recommending that Plaintiff Brown's Complaint (Doc. #1) be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 1-9 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #3) is Affirmed and Plaintiff Kirsha Brown's Complaint (Doc. #1) is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED that** Plaintiff Brown's Motion to Extend Time to Amend Complaint (Doc. #4) is **DENIED**.

DATED: August 27, 2010.

PHILIP M. PRO
United States District Judge